Argued April 17, 1975. *Jack H. France,* with him *Murphy and France,* for appellant; *William D. Phillips,* for appellee.

Order and judgment affirmed.

## Eremic, et ux. *v.* Browning-Ferris Industries, Inc., et al., Appellants.

opinion by WENTLEY, J. Argued April 14, 1975. *Howard T. Gilfillan,* with him *George Shorall, Thomas Levendos, Alexander Unkovic, P. Christian Hague,* and *Meyer, Unkovic & Scott,* for appellants; *John M. Elliott,* with him *Thomas A. Leonard, Anthony P. Picadio, Robert W. Maris,* and *Dilworth, Paxson, Kalish, Levy & Coleman,* and *Reding, Blackstone, Rea & Sell,* for appellees.

Order affirmed.

## Falcone *v.* Falcone, Appellant, et ux.

Argued April 14, 1975. *John A. Bacharach,* with him *Joseph A. Del Sole,* and *Girman & Del Sole,* for appellant; *John R. DeAngelis,* with him *Watzman, Levenson & Snyder,* for appellee.

Order affirmed.

## Gipko, et vir *v.* Brilmyer (et al., Appellant).

Argued April 16, 1975. *Warren*